IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL LOTFLY CONFECTIONER,         No. CIV S-09-3077-CMK-P

        Petitioner,

   vs.                                                                ORDER

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION,

        Respondent.

_____/

       Petitioner, a former state prisoner currently on parole and proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a conviction issued by the Fresno County Superior Court.  Fresno County is part of the Fresno division of this court.  <u>See</u> Local Rule 3-120(b).  Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

DATED: November 9, 2009

                                             /s/ Craig M. Kellison
                                             **CRAIG M. KELLISON**
                                             UNITED STATES MAGISTRATE JUDGE